# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Mr. Rob Phelps

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** October 21, 2008

**RE:** 07-1306  United States v. Robert Wilson, Jr.

District Court/Agency Case Number(s):   2:04-cr-01004-LRR-2

_____

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed granting certiorari in the above case.

CMD